IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jermain Anderson,

    Plaintiff(s),

vs.

Hamilton County Board of County Commissioners, et al.,

    Defendant(s).

Case Number: 1:13cv755

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 10, 2018 a Report and Recommendation (Doc. 90). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 91) and defendants filed a reply to the objections (Doc. 92).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Motion to Dismiss and the Motion for Summary Judgment by all defendants (Doc. 78) is GRANTED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                            ___s/Susan J. Dlott_____
                            Judge Susan J. Dlott
                            United States District Court